**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1126**

---

JOHN BEDNAREK,

Petitioner,

versus

CERES CORPORATION; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(94-458)

---

Submitted: August 3, 1999          Decided: September 8, 1999

---

Before MURNAGHAN, HAMILTON, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael C. Eisenstein, Baltimore, Maryland, for Petitioner. Andrew
M. Battista, Towson, Maryland, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Bednarek seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore benefits pursuant to 33 U.S.C.A. § 901-950 (West 1994 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm substantially on the reasoning of the Board. See Bednarek v. Ceres Corp., BRB No. 94-458 (B.R.B. Jan. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2